

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | JESSE D. CAPELL<br>Assistant Corporation Counsel<br>Room 2-170<br>Telephone: (212) 788-6838 |

August 14, 2009

**BY ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

          Re:   Rodriguez v. City of New York, et al.,
                05 CV 5117 (KAM)(SMG)

Dear Judge Matsumoto:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for the defendants in this action.  I am writing to inform Your Honor that the parties have reached a settlement agreement and we are in the process of reducing the terms of the settlement to a writing.

      Respectfully submitted,

      ECF:      /s/
      Jesse D. Capell
      Assistant Corporation Counsel

c:    **Eric Sanders, Esq. (Attorney for Plaintiff)**
      Jeffrey L. Goldberg, P.C.
      2001 Marcus Avenue, Suite 510
      Lake Success, New York 11042