UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

RACHEL RODRIGUEZ,

                                                Plaintiff,

       -against-

THE CITY OF NEW YORK; RAYMOND W. Kelly,
Police Commissioner; NELDRA M. ZEIGLER, Deputy
Commissioner Office of Equal Employment opportunity;
RAFAEL PINEIRO, Chief of Personnel Bureau; DIANA
L. PIZZUTI, Deputy Chief, Commanding Officer of the
Police Academy; DR. ELOISE ARCHIBALD, Director of
the Psychological Services Section; SCOTT T. LOOS,
Deputy Inspector Recruit Training School; LOUIS
CARABETTA, Lieutenant Recruit Training School;
ZWEIBEL, Lieutenant Recruit Training School;
SALEDINE PATEL, Sergeant Recruit Training School,
individually and in their official capacities as employees of
the Police Department City of New York,

                                                Defendants.

------------------------------------------------------------------ X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

CV 05-5117 (KAM) (SMG)

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties herein that:

        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above

captioned action is dismissed with prejudice as to defendant The City of New York.

Dated:   Lake Success, New York
~~September~~ August 11, 2009

**Law Office of Jeffrey L. Goldberg P.C.**
Attorneys for Plaintiff
2001 Marcus Ave, Suite S160
Lake Success, New York 11042
(516) 775-9400
esanders@jlgoldbergpc.com

By: *[signature]*
Eric Sanders

Dated:   New York, New York
~~August~~ ~~September~~ [date], 2009

**MICHAEL A. CARDOZO**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Rm. 2-170
New York, New York 10007
~~jcapell@law.nyc.gov~~
bgreenfield@law.nyc.gov

By: *[signature]*
~~Jesse D. Capell~~
Blanche Greenfield

SO ORDERED:

_____
United States District Judge

2