## JEFFREY L. GOLDBERG, P.C.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| JEFFREY L. GOLDBERG | 2001 MARCUS AVENUE, SUITE S160<br>LAKE SUCCESS, NEW YORK 11042 | PHONE (516)775-9400<br>FAX (516)775-4477 |
| ERIC SANDERS<br>MANAGING ATTORNEY | | HADIYAH S. REEVES<br>JOANA COSTA |
| DANIEL B. GAZAN (1967-2001)<br>SUSAN PENNY BERNSTEIN | WWW.JLGOLDBERGPC.COM | PARALEGAL |

February 26, 2010

Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

                Re:     <u>Rachel Rodriguez v. City of New York, et al.,
                           Docket No.: 05 CV 5117 (KAM)(SMG)</u>

Dear Judge Matsumoto:

     The parties settled all outstanding claims and filed a Stipulation of Dismissal with Prejudice that was So ordered by the Court on September 30, 2009, please see Docket Nos.: 86-89.

                                                          Sincerely,

                                                          Eric Sanders (ES0224)